# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES KELLY MONROE,** # 167435, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 2:23-00364-KD-B |
| **TRANSAMERICA EQUIPMENT COMPANY,** | : |
| Defendant. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 3) is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED without prejudice, as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE and ORDERED this 28th day of November 2023.

s/ Kristi K. DuBose<br>
KRISTI K. DuBOSE<br>
UNITED STATES DISTRICT JUDGE