IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES KELLY MONROE,** **# 167435,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 2:23-00364-KD-B |
| **TRANSAMERICA EQUIPMENT COMPANY,** | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge (doc. 3), it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice, as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE and ORDERED this 28th day of November 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE